Same case below, 412 Fed. Appx. 160.

No. 10-1438. Yu Ning, Petitioner v. Texas.

565 U.S. 821, 132 S. Ct. 107, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6675.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 10-1440. House of Raeford Farms, Inc., Petitioner v. United States.

565 U.S. 821, 132 S. Ct. 107, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 7001.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-1441. Evans Jesus Fanor, Petitioner v. Carlos Alvarado, et al.

565 U.S. 821, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6993,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 921.

No. 10-1442. James Edward Ablard, Petitioner v. City of Alexandria, Virginia.

565 U.S. 821, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6971.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-1443. AmeriCredit Financial Services, Inc., Petitioner v. Marlene A. Penrod.

565 U.S. 822, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6605.

No. 10-1446. Geraldine Jasper, Petitioner v. Federal Emergency Management Agency.

565 U.S. 822, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6610.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 649.

No. 10-1449. Dorothy C. Simpson, Petitioner v. Estate of Roosevelt Norton, et al.

565 U.S. 822, 132 S. Ct. 108, 181 L. Ed. 2d 34, 2011 U.S. LEXIS 6736.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 1286.